| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Chad M. Harbin**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3009**<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter   **7**   **11/12/19** |
| Case number:   **19–82610** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Chad M. Harbin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 343 Hickory Drive<br>Crystal Lake, IL 60014 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael, Sr. T Barrett<br>Law Office of J.D. Huls and Associates<br>530 Rockland Rd<br>Crystal Lake, IL 60014 | Contact phone (815) – 4554755 Ext.<br>Email: michaelbarrettlaw@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Joseph D Olsen<br>Yalden Olsen & Willette<br>838 N. Main Street<br>Rockford, IL 61103–6906 | Contact phone 815 965–8635<br>Email: Jolsenlaw@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Western Division<br>327 South Church Street<br>Rockford, IL 61101 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 11/13/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 27, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**308 West State Street, Room 40, Rockford, IL 61101** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/25/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 19-82610-TML
Chad M. Harbin                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke              Page 1 of 1              Date Rcvd: Nov 13, 2019
                              Form ID: 309A              Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             +Chad M. Harbin,    343 Hickory Drive,    Crystal Lake, IL 60014-3412
tr              Joseph D Olsen,    Yalden Olsen & Willette,    838 N. Main Street,    Rockford, IL 61103-6906
28378165       +Athletico Physical Therapy,    C/O Nationwide Credit,    815 Commerce Dr #270,
                 Oak Brook, IL 60523-8852
28378167       +Centegra Hospital,    C/O Grant & Weber, Inc.,    5586 S. Fort Apache Suite 110,
                 Las Vegas, NV 89148-7682
28378168       +Centegra Physician Care,    P.O. Box 650292,    Dallas, TX 75265-0292
28378170       +Center for Diagnostic Imaging,    C/O Collection Resources,    2700 1st St. North Suite 303,
                 Saint Cloud, MN 56303-4583
28378171        EPMG of Illinois,    P.O. Box 95968,    Oklahoma City, OK 73143-5968
28378173       +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
28378174       +Merchants Credit Guide Co.,    223 West Jackson Boulevard,    Suite 700,    Chicago, IL 60606-6914
28378175       +MercyHealth,    1000 Mineral POint Avenue,    Janesville, WI 53548-2940
28378176       +Metz, Gilmore & Vaclavek,    4 East Terra Cotta Avenue,    Crystal Lake, IL 60014-3622
28378180       +Randy Hallihan DDS,    149 N. Virginia Suite 100,    Crystal Lake, IL 60014-3494
28378183       +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: michaelbarrettlaw@yahoo.com Nov 14 2019 03:17:58      Michael, Sr. T Barrett,
                 Law Office of J.D. Huls and Associates,    530 Rockland Rd,    Crystal Lake, IL  60014
28378166       +E-mail/Text: bk@blittandgaines.com Nov 14 2019 03:22:04      Blitt and Gaines P.C.,
                 661 Glenn Avenue,    Wheeling, IL 60090-6017
28378172       +EDI: AMINFOFP.COM Nov 14 2019 07:28:00      First PREMIER Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
28378177       +EDI: MID8.COM Nov 14 2019 07:28:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
28378179        EDI: PRA.COM Nov 14 2019 07:28:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
28378178        EDI: PRA.COM Nov 14 2019 07:28:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
28378181       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Nov 14 2019 03:25:34
                 Receivables Management Partners,    Attn: Bankruptcy,    Po Box 349,    Greensburg, IN 47240-0349
28378182       +EDI: SWCR.COM Nov 14 2019 07:28:00      Southwest Credit Systems,    4120 International Parkway,
                 Carrollton, TX 75007-1958
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28378169*        Centegra Physician Care,    P.O. Box 650292,    Dallas, TX 75265-0292
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
              Joseph D Olsen    Jolsenlaw@comcast.net, il46@ecfcbis.com
              Michael, Sr. T Barrett    on behalf of Debtor 1 Chad M. Harbin michaelbarrettlaw@yahoo.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 3
```